IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:24-30 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| -versus- | ) | |
| | ) | |
| | ) | |
| NORAIMI TORRES BURGOS | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about December 30, 2022, in the District of South Carolina, the Defendant, NORAIMI TORRES BURGOS, in connection with the acquisition and attempted acquisition of a firearm, that is, a FN 509M, 9mm pistol from City Arsenal, a licensed dealer, knowingly made a false and fictitious statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, which was intended and likely to deceive City Arsenal with respect to a fact material to the lawfulness of the sale and disposition of the firearm to the Defendant, in that the Defendant answered question 21a, that she was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A  True          BILL

▮

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ Jamie Lea Schoen
Jamie Lea Schoen (Fed. ID # 11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-282-2100
Fax:  864-233-3158
Email: Jamie.l.schoen@usdoj.gov