IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: <u>6:24cr30</u> |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| -versus- | ) | |
| | ) | |
| | ) | |
| NORAIMI TORRES BURGOS | ) | ELEMENTS AND PENALTIES |

## Count 1

A.  The defendant knowingly made a false oral or written statement to a federally licensed firearms dealer;

B.  The false statement was made in connection with the acquisition or attempted acquisition of a firearm; and

C.  The statement was intended to or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant.

<u>Penalty</u>

Imprisonment: Up to 10 years
Supervised Release: not more than 3 years
Fine: Up to $250,000.00
Special Assessment: $100.00